**NOT FOR PUBLICATION IN WEST'S HAWAI‘I REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-23-0000485
16-JAN-2026
07:59 AM
Dkt. 79 ODMR**

NO. CAAP-23-0000485

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI‘I

WELLS FARGO BANK, N.A., Plaintiff-Appellee, v.
EBONI A. PRENTICE, Defendant-Appellant, THE MAUI LANI
COMMUNITY ASSOCIATION, Defendant-Appellee, and JOHN DOES 1-10;
JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 2-10;
DOE ENTITIES 1-10; and DOE GOVERNMENTAL UNITS 1-10, Defendants,

————

THE MAUI LANI COMMUNITY ASSOCIATION, Defendant/Counterclaimant-
Appellee, v. WELLS FARGO BANK, N.A., Plaintiff/Counterclaim
Defendant-Appellee,

————

THE MAUI LANI COMMUNITY ASSOCIATION, Defendant/Cross-Claimant-
Appellee, v. EBONI A. PRENTICE, Defendant/Cross-Claim Defendant-
Appellant, and JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS
1-10; DOE CORPORATIONS 2-10; DOE ENTITIES 1-10; and DOE
GOVERNMENTAL UNITS 1-10, Defendants/Cross-Claim Defendants,

and

THE MAUI LANI COMMUNITY ASSOCIATION, Defendant/Additional Cross-
Claimant-Appellee, v. SUNRUN, INC., Defendant/Cross-Claim
Defendant-Appellee, and JOHN ROES 1-10; JANE ROES 1-10; ROE
PARTNERSHIPS; ROE CORPORATIONS; ROE ENTITIES 1-10; and ROE
GOVERNMENTAL UNITS 1-10, Defendants-Additional Cross-Claim
Defendants

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CASE NO. 2CC161000169)

ORDER
(By: Nakasone, Chief Judge, Hiraoka and McCullen, JJ.)

Upon review of *Wells Fargo Bank, N.A.'s* **Motion for Reconsideration** *of the Summary Disposition Order Issued November 28, 2025*, filed on December 8, 2025, the papers in support, the December 23, 2025 response, and the record, the motion presents no point of law or fact we overlooked or misapprehended. See Rule 40(b), Hawaiʻi Rules of Appellate Procedure.

Therefore, IT IS HEREBY ORDERED that the Motion for Reconsideration is denied.

DATED: Honolulu, Hawaiʻi, January 16, 2026.

/s/ Karen T. Nakasone
Chief Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Sonja M.P. McCullen
Associate Judge